Earl HUTCHERSON, Appellant,

v.

STATE of Missouri, Respondent.

WD 78378

Missouri Court of Appeals,
Western District.

ORDER FILED: April 26, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2016

Application for Transfer Denied September 20, 2016

Elizabeth Carlyle, Columbus, MO, Counsel for Appellant

Gregory Barnes, Jefferson City, MO, Counsel for Respondent

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Mr. Earl Hutcherson appeals from a judgment denying a post-conviction relief motion under Rule 24.035 following an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).